7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Richard Thomas Gregg
*Debtor*

*Bankruptcy Case No.*
13−60394−abf7

**Richard Thomas Gregg**
   Plaintiff(s)

*Adversary Case No.*
15−06009−abf

v.

**Fred C Moon**
**RBRE Loan Portfolio, LLC**
**The Gregg Family Trust dated 10/4/13**
**FRS, LLC**
**Jenny Gregg**
**Richard Thomas Gregg**
   Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: The Court having approved the stipulated settlement among the parties(doc.#100), funds now held in an account at TelComm Credit Union in the name of Gregg Family Trust by Bruce Tindall, in the remaining amount of $323,000 plus interest, less a charge for printing checks, shall be distributed to the parties as follows: (1) $241,000 to RBRE, from which RBRE is to pay attorney's fees approved by the Court for debtor's counsel in an amount not to exceed $10,000; (2) $46,000 to the Chapter 7 Trustee; and (3) the remainder of the funds, less credit union's fees for cashier's checks, are owned by Debtor Gregg, but are to be remitted on Debtor's behalf and made payable to the Clerk of the Court for the United States District Court, Western District of Missouri, with "case no. 13−3024−01−CR−S−BCW" in the check memo, in partial satisfaction of the judgment for restitution against Debtor in that case. TelComm Credit Union shall pay by cashier's checks to RBRE, the Chapter 7 Trustee, and the Clerk of the United States District Court the funds held in the referenced account pursuant to the terms of this Judgment. Any fees for the issuance of said cashier's checks shall be paid out of the share that is owned by Gregg and payable to the Clerk of the District Court. All other terms of the stipulated settlement and order approving same(doc.#111) are incorporated herein by reference. Judgment is hereby entered accordingly.

PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Sharon Greene
   Deputy Clerk



Date of issuance: 12/2/15

Court to serve